

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00347-CV

———————————————

MARK MUSE, Appellant

V.

ZHENYU MAO, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-02902-JP

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellee Zhenyu Mao filed a forcible detainer suit against Appellant Mark Muse "and All Occupants" seeking possession of the subject property and back rent. After the trial court rendered a partial summary judgment for Mao on the possession issue and the county clerk issued a writ of possession, Muse filed a notice of appeal. On Muse's motion, we stayed enforcement of the writ. We subsequently ordered Mao to file a response to specific jurisdictional questions. Mao did not file a response, but we have since received notice that the parties have reached a settlement agreement and that Mao has nonsuited his claim against Muse.

A case becomes moot if a controversy ceases to exist between the parties. *Wilson v. Bluffs at Paradise Creek*, No. 02-14-00196-CV, 2015 WL 9598921, at *1 (Tex. App.—Fort Worth Dec. 31, 2015, pet. dism'd w.o.j.) (per curiam) (mem. op.) (citing *Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001)). Accordingly, because no present controversy exists between the parties, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f). We lift the October 29, 2021 stay issued by this court.

Per Curiam

Delivered: March 10, 2022